**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALICIA MAY DILLON**                                                                    **PLAINTIFF**

**v.**                                        **Case No. 4:19-cv-00219-KGB**

**CRAIG CROW,** *et al.*                                                              **DEFENDANTS**

<u>**ORDER**</u>

Before the Court is the status of this case.  In an Order entered on March 4, 2022, the Court ordered plaintiff Alicia May Dillon to show cause by March 21, 2022, as to why the Court should not dismiss her claims for failure to prosecute (Dkt. No. 74).  Ms. Dillon has not responded to the Order, and the time for doing so has passed.  Accordingly, for the reasons set forth in the Order to show cause, the Court dismisses Ms. Dillon's claims.

So ordered this the 31st day of March, 2022.

Kristine G. Baker
United States District Court Judge