THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALICIA MAY DILLON**                                                                                      **PLAINTIFF**

v.                                       Case No. 4:19-cv-00219-KGB

**CRAIG CROW,** *et al.*                                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Alicia May Dillon's claims are dismissed without prejudice for failure to prosecute. The Court denies the requested relief.

So adjudged this the 31st day of March, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Court Judge